**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DALE L. SHEETS,**

        **Plaintiff,**

   vs.                                 **Civil Action 2:03-CV-520
                                          Judge Frost
                                          Magistrate Judge King**

**THE VILLAGE OF GLOUSTER
POLICE DEPARTMENT,** *et al.*,

        **Defendants.**


<u>**ORDER**</u>

        On April 25, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion for default judgment be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.  The plaintiff's motion for default judgment, Doc. No. 40, is **DENIED**.


                                                                 /s/ Gregory L. Frost
                                                                   Gregory L. Frost
                                                            United States District Judge