IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DALE L. SHEETS,**

      Plaintiff,

  vs.                          **Civil Action 2:03-CV-520**
                                   **Judge Frost**
                                   **Magistrate Judge King**

**THE VILLAGE OF GLOUSTER**
**POLICE DEPARTMENT,** *et al.*,

      Defendants.

<u>ORDER</u>

On November 8, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendants' motion for summary judgment is **GRANTED** and this case is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** in this case.

                                                   <u>/s/ Gregory L. Frost</u>
                                                        Gregory L. Frost
                                             United States District Judge